UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                   )
                              )
        Plaintiff,             )
                              ) NO. 3:12-0239
                              ) Judge Haynes/Bryant
        v.                    ) Jury Demand
                              )
CAPPO MANAGEMENT XX, INC., d/b/a)
Victory Nissan of Dickson and )
Victory Nissan West,          )
                              )
        Defendant.             )

## O R D E R

At the request of counsel, the settlement conference in this matter is RESET to **December 28, 2012, at 9:30 a.m., in** Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties' confidential settlement statements shall be delivered to the undersigned no later than noon on December 27, 2012. All other requirements previously set out in Docket Entry No. 15 shall remain in effect.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge