```
                UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

EQUAL EMPLOYMENT OPPORTUNITY   )
COMMISSION,                    )
                               )
         Plaintiff,            )
                               ) NO.  3:12-0239
                               ) Judge Haynes/Bryant
     v.                        ) Jury Demand
                               )
CAPPO MANAGEMENT XX, INC., d/b/a)
Victory Nissan of Dickson and  )
Victory Nissan West,           )
                               )
         Defendant.            **)**

## **O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on December 28, 2012.  The parties and their respective representatives met, negotiated in good faith, and agreed to a compromise settlement with respect to the amount of consideration to be paid in this case.  Counsel has advised that additional discussions regarding the terms of a suitable consent order have occurred, and the parties believe that they have reached an agreement on the material elements of such a consent order.

Counsel shall file with the Court a consent order concluding this case on or before **Thursday, January 24, 2013**.

The Clerk is directed to return this file to the Chief Judge pending the filing of this consent order.

It is so **ORDERED**.

                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge